No. 03–6343. ZALDIVAR PENA v. SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6352. DRAKES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6364. LARKIN v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6367. MEYER v. MUGAN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–6368. JASON R. v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 03–6385. TRAN v. ZONING BOARD OF APPEALS OF PROVINCETOWN ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–6389. WILEY v. MCKEE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6419. PEREZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6422. PRIETO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–6436. PINEYRO v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–6443. PATTERSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6463. ALEXANDER v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–6464. ADCOCK v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–6467. SPOTTED EAGLE v. MONTANA. Sup. Ct. Mont. Certiorari denied.